IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK,<br>NATIONAL TRUST COMPANY | |
| Plaintiff, | No. CIV S-11-3280 LKK DAD PS |
| vs. | |
| STACEY J GRIFFITH, et al., | ORDER |
| Defendant. | |
| _____/ | |

   Defendants are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

   On December 27, 2011, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 27, 2011 (Doc. No. 3) are adopted in full;

2. Defendant Stacey Griffith's December 12, 2011 application to proceed in forma pauperis (Doc. No. 2) is denied;

3. This action is summarily remanded to the Superior Court of California, County of San Joaquin; and

4. The Clerk is directed to close this case.

DATED: February 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2